M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2009 JAN 27  A 9: 58

_Terrance Termaine Baker_ )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )
 )
_John Crawford, Detective_ )
_____ )
_Frank Meredith, Detective_ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL A

CIVIL ACTION NO. _1:09 CV 68-TMH_
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☑  No ☐

B.  Have you begun other lawsuits in state or federal court relating to your
imprisonment?        YES ☑        NO ☐

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff (s) _Terrance Baker_____

_____

Defendant(s) _John Crawford, Frank Meredith_____

_____

2.  Court (if federal court, name the district; if state court, name the county)
_United States District Court_____

_____

3.   Docket number _I:08 cv 612_

4.   Name of judge to whom case was assigned _Truman M. Hobbs_

5.   Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _yes_

6.   Approximate date of filing lawsuit _September 29, 2008_

7.   Approximate date of disposition _December 15, 2108_

II.   PLACE OF PRESENT CONFINEMENT _Houston County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Jail_

III.   NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. _John Crawford_ | _Dothan Police Dept. 210 N. Saint Andrews St._ |
| 2. _Frank Meredith_ | _P.O. Box 2128 Dothan, Al 36312_ |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec. 6 2007_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The defendants, John Crawford, Frank Meredith violated Plaintiff Constitution Rights Under Amendments 4, 8, and 14th amendment._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or About 12/25/05 Gene Nichols was shut to death by a 9 milimeter handgun while driving in his van. Gene Nichols was killed right after a threaten conversation over the phone with Alan Dale Hanestein.

GROUND TWO: The defendants violated, Plaintiff constitutional Right by them discriminating, False Imprisonment, violatio Plaintiff 8. Amendment inflicting Cruel and unusual punishment, 14 Amundment Denying plaintiff his equal protection of laws, arresting Plaintiff without probable cause and 5 Amendment of plaintiff Rights.

SUPPORTING FACTS: On Nov, 3/07 Plaintiff was question by dectectives, while being questioned, plaintiff got into a verbal altercation with dectectives, on Dec. 6 07, Same Dectectives charged plaintiff with this matter, Capital Murder to get back at plaintiff.

GROUND THREE:

SUPPORTING FACTS: Dothan Police department offense Report No. -05-011957 program; Cms 301L, Also See Dothan Police Dept. Narrative print Case number 1-05-011957 Program: CM,F004P and Search Warrant. Plaintiff has not have any Knowledge of this matter, Plaintiff has been falsely imprison, due to the dectectives power on authority.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I: Federal Government an Authority to investigate Houston County Court
System an law enforcements. Plaintiff request that defendants pay
him 50,000,000 dollars in Compensatory damages and punitive damages
in their official Compacities.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-26-09_____.
              (Date)

_____
Signature of plaintiff(s)

Terrance Baker #255634. 56975
90/ E. main st
Dothan, al 36302

UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.59⁰
0004237211      JAN 26  2009
MAILED FROM ZIP CODE 36303

Houston Co. Jail inmate Mail

(Legal Mail)

office of the clerk
United States District Court
P.O. Box 711
Montgomery, al 36101-0711

3610150711 8007