IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TERRANCE BAKER, #255 634 56975 | * | |
| Plaintiff, | * | |
| v. | * | 1:09-CV-68-TFM (WO) |
| JOHN CRAWFORD, DETECTIVE, *et al.*, | * | |
| Defendants. | * | |

_____

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

**ORDERED** and **ADJUDGED** that judgment is **ENTERED** in favor of Defendants and against Plaintiff, and that this action is **DISMISSED** without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 5th day of May 2009.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE